**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| ZENTIAN LTD., <br><br>     Plaintiff, <br><br>v. <br><br>APPLE INC., <br><br>     Defendant. | C.A. No. 6:22-cv-00122-ADA <br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The Parties submit this Joint Motion for Entry of Scheduling Order. The proposed schedule is attached hereto.

Dated: September 22, 2022

By: */s/ John F. Luman III*

    John F. Luman III (TX Bar No. 00794199)
    Daniels & Trendennick PLLC
    6363 Woodway, Suite 700
    Houston, Texas 77057
    (713) 917-0024
    luman@dtlawyers.com

    Nevin M. Gewertz (*pro hac vice*)
    Rebecca T. Horwitz (*pro hac vice*)
    Katherine E. Rhoades (*pro hac vice*)
    BARTLIT BECK LLP
    54 West Hubbard Street
    Chicago, Illinois 60654
    (312) 494-4400
    nevin.gewertz@bartlitbeck.com
    rebecca.horwitz@bartlitbeck.com
    katherine.rhoades@bartlitbeck.com

    John M. Hughes (*Pro Hac Vice*)
    Katherine L.I. Hacker (TX Bar No. 24074338)
    BARTLIT BECK LLP
    1801 Wewatta Street, Suite 1200
    Denver, Colorado 80202
    (303) 592-3100
    john.hughes@bartlitbeck.com
    kat.hacker@bartlitbeck.com

    *Counsel for Plaintiff Zentian Ltd.*

By: */s/ Bita Rahebi*

    J. Stephen Ravel (Texas State Bar No. 16584975)
    KELLY HART & HALLMAN LLP
    303 Colorado, Suite 2000
    Austin, Texas 78701
    (512) 495-6429
    steve.ravel@kellyhart.com

    Arturo J. Gonzalez (*pro hac vice*)
    MORRISON & FOERSTER LLP
    425 Market Street
    San Francisco, CA 94105-2482
    (415) 268-7000
    agonzalez@mofo.com

    Bita Rahebi (*pro hac vice*)
    Hector G. Gallegos (*pro hac vice*)
    MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
    Los Angeles, CA 90017-3543
    (213) 892-5200
    brahebi@mofo.com
    hgallegos@mofo.com

    Roman A. Swoopes (*pro hac vice*)
    MORRISON & FOERSTER LLP
    755 Page Mill Road
    Palo Alto, CA 94304-1018
    (650) 813-5600
    rswoopes@mofo.com

    Sarah Vandervalk (*pro hac vice*)
    MORRISON & FOERSTER LLP
    12531 High Bluff Drive
    San Diego, CA 92130-2040
    (858) 720-5100
    svandervalk@mofo.com

    *Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system

*/s/ John F. Luman III*
